UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRAVIS JEFFRIES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CV-00969 JMB |
| THE STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Plaintiff Travis Jeffries, a prisoner incarcerated in the Ste. Genevieve County Detention Center, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis, however, he has failed to file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b). Plaintiff will be required to submit his account statement within thirty (30) days of the date of this Memorandum and Order or pay the full $405 filing fee in this action. His failure to do so will result in a dismissal of this case, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $405 filing fee or submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint within thirty (30) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 8th day of July, 2025.

/s/ John M. Bodenhausen
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE