## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TRAVIS JEFFRIES, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:25-CV-00969 JMB |
| THE STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

### **MEMORANDUM AND ORDER**

Before the Court is plaintiff Travis Jeffries' Notice of Change of Address, filed by the Clerk of Court on October 21, 2025. [ECF No. 13]. Because it appears plaintiff did not receive the Court's Memorandum and Order sent on October 14, 2025, the Court will require the Clerk to provide a copy of the Order to plaintiff at his new address. Additionally, the Court will update the dates upon which plaintiff's responses are due to the Court, as set forth below.

Accordingly,

**IT IS FURTHER ORDERED** that the plaintiff shall pay an initial filing fee of $1.00 within thirty (30) days of the date of this Order, **or not later than December 12, 2025**. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a blank Prisoner Civil Rights Complaint form. Plaintiff may request additional forms as needed.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on a Court-provided form in accordance with the instructions set forth above within twenty-one (21) days of

the date of this Order, **or not later than December 3, 2025**. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

  **IT IS FURTHER ORDERED** that plaintiff's failure to timely comply with this Order may result in a dismissal of this action, without prejudice, and without further notice.

  Dated this 13th day of November, 2025.

                */s/ John M. Bodenhausen*
                JOHN M. BODENHAUSEN
                UNITED STATES MAGISTRATE JUDGE